EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda al Artículo 19.1 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial (Licencias de Vacaciones) | 2002 TSPR 136<br><br>157 DPR \_\_\_\_ |

Número del Caso: EP-2002-3

Fecha: 4/octubre/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda al Artículo 19.1
del Reglamento de la
Administración del Sistema
de Personal de la Rama                    EP-2002-3
Judicial (Licencias de
Vacaciones)

RESOLUCION

San Juan, Puerto Rico, a 4 de octubre de 2002

        Previa recomendación de la Directora
Administrativa de los Tribunales se enmienda el tercer
párrafo, se enmienda el subinciso (a), el subinciso (b),
el subinciso (e), el subinciso (f), se añaden los párrafos
cuarto y quinto y se atempera el lenguaje a la neutralidad
del género; del inciso D del Artículo 19.1 del Reglamento
de Administración del Sistema de Personal de la Rama
Judicial, según enmendado, a los fines de aclarar varias
disposiciones relacionadas con la cesión de licencias
acumuladas por vacaciones entre empleados:

**Artículo 19.1 – Licencia de Vacaciones**

**A.** ...

**B.** ...

**C.** ...

**D.** **Adelanto y Cesión de Licencia**

    Cuando concurran...

    La solicitud del disfrute...

Uno(a) o más empleados(as) podrá ceder a otro(a) empleado(a) licencia acumulada por vacaciones cuando éste(a) o un miembro de su familia inmediata sufra una emergencia. Se entenderá por "emergencia" una enfermedad grave o terminal o un accidente que sufra el (la) empleado(a) o un miembro de su familia inmediata que conlleve una hospitalización prolongada o que requiera tratamiento continuo bajo la supervisión de un (una) profesional de la salud y que imposibilite que el(la) empleado(a) cumpla sus funciones por un período de tiempo considerable.  Los requisitos para que uno(a) o más empleados(as) puedan ceder a otro(a) empleado(a) licencias acumuladas de vacaciones son:

a)    El(La) empleado(a) al(a la) cual se le cedan días (cesionario (a)) haya trabajado continuamente, un mínimo de un (1) año en la Rama Judicial.

b)    El(La) empleado(a) cesionario(a) no haya incurrido en un patrón de ausencias injustificadas faltando a las normas de la Rama Judicial.

c)    El(La) empleado(a) cesionario(a) hubiere agotado la totalidad de las licencias a que tiene derecho como consecuencia de una emergencia.

d)    El(La) empleado(a) cesionario(a) o su representante evidencie fehacientemente, la emergencia y la necesidad de ausentarse por días en exceso a las licencias ya agotadas.

e) El(La) empleado(a) que transfiere (cedente) haya acumulado un mínimo de quince (15) días de licencia por vacaciones en exceso de la cantidad de días de licencia a cederse.  No podrá ceder más de cinco (5) días acumulados por licencia de durante un (1) mes y el número de días a cederse no excederá de quince (15) días al año.

f)    El(La) empleado(a) cedente haya sometido por escrito a la Oficina de Administración de los Tribunales una autorización accediendo a la cesión, especificando el nombre del cesionario.

g) El(La) empleado(a) cesionario(a) o su representante acepte, por escrito, la cesión propuesta.

El(La) empleado(a) cesionario(a) nunca podrá disfrutar los beneficios aquí concedidos por un período que exceda de un (1) año, contado a partir de la fecha en que el(la) empleado(a) cesionario(a) o su representante, acepte por escrito la primera cesión de licencias por la emergencia que motivó el que se acogiera a este beneficio. El período de un (1) año incluye el tiempo agotado por concepto de las licencias y beneficios disfrutados por derecho propio. La Rama Judicial no reservará el empleo al(la) empleado(a) cesionario(a) ausente por un término mayor al aquí dispuesto.

Cuando finalice la emergencia que ocasionó una cesión de licencias y el(la) empleado(a) cesionario(a) regrese a sus labores, el balance cedido sin disfrutar revertirá al empleado (a) cedente a razón del salario al momento en que ocurrió la cesión.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo